1 | Effie F. Anastassiou, Esq. (State Bar #96279)
Daniel E. Griffee, Esq. (State Bar # 229897)
2 | ANASTASSIOU & ASSOCIATES
242 Capitol Street
3 | Post Office Box 2210
Salinas, California 93902
4 | Telephone: (831) 754-2501
Facsimile: (831) 754-0621
5 |
Attorneys for Plaintiff
6 | MAJOR FARMS, INC.

7 |

8 |                **IN THE UNITED STATES DISTRICT COURT**

9 |        **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10 | BRAGA RANCH, INC., a Corporation;        )   **CASE NO.     C09-04207-JF**
                                          )
11 |                 Plaintiff,              )   ~~[PROPOSED]~~ **ORDER GRANTING MAJOR**
                                          )   **FARM, INC'S ADMINISTRATIVE MOTION**
12 |     vs.                                )   **TO CONSIDER WHETHER CASES SHOULD**
                                          )   **BE RELATED**
13 | SALYER AMERICAN FRESH FOODS, a )
     California Corporation; SCOTT SALYER, an )
14 | individual; ERIC SCHWARTZ, an individual, )   [N.D. Cal. Civ. L.R. 3-12, 7-11].
     an individual; JOHN BRYCE, an individual; )
15 | ALLAN SABATIER, an individual; STEVE )
     FRANSON, as receiver appointed in the case )
16 | of Bank of the West v. Salyer American Fresh )
     Foods, Salyer American Cooling, Monterey )
17 | County Superior Court Case Number )
     GNM98573,                            )
18 |                                          )
                 Defendants.              )
19 | _____ )
                                          )
20 | MAJOR FARMS, INC., a California )   **CASE NO. C09-04985-JW**
     corporation;                         )
21 |                                          )
                 Plaintiff,              )
22 | v.                                      )
                                          )
23 |                                          )
     SALYER AMERICAN FRESH FOODS, a )
24 | California Corporation; SCOTT SALYER, an )
     Individual; STEVE FRANSON, as Receiver )
25 | appointed in the case of *Bank of the West v.* )
     *Salyer American Fresh Foods, Salyer* )
26 | *American Cooling*, Monterey County Superior )
     Court Case Number GNM98573; and BANK )
27 | OF THE WEST, a California Banking )
     Corporation;                         )
28 |                                          )
                 Defendants.              )
     _____ )

Braga Ranch, Inc. v. Salyer American Fresh Foods, et al.        [Proposed] Order Granting Administrative Motion to
Case No. C09-04207-JF                          1                Consider Whether Cases Should Be Related

1    This matter comes before the Court on Major Farms, Inc.'s Administrative Motion to Consider

2  Whether Case Should be Related (the "Motion"), filed on November 9, 2009, pursuant to Civil Local

3  Rules 3-12 and 7-11.  The Court, having fully considered the papers and pleadings on file and submitted

4  in support of the Motion, and good cause appearing,

5    IT IS ORDERED THAT Major Farms, Inc.'s Administrative Motion to Consider Whether Case

6  Should be Related is granted, and

7    IT IS FURTHER ORDERED that the following cases are related within the meaning of Local

8  Rule 3-12:

9    Braga Ranch, Inc. v. Salyer American Fresh Foods, et al., Case No. 09-04207-JF

10    Major Farms, Inc. v. Salyer American Fresh Foods, et al., Case No. 09-04985-JW

11

12

13

14  DATED:  ___11/13/09_____

15                                      THE HONORABLE JEREMY FOGEL
                                        UNITED STATES DISTRICT COURT

16

17  F:\MAJ\Salyer American Fresh Foods, Inc\Pleadings\Proposed Order Consolidating Cases.wpd

18

19

20

21

22

23

24

25

26

27

28

Braga Ranch, Inc. v. Salyer American Fresh Foods, et al.                      [Proposed] Order Granting Administrative Motion to
Case No. C09-04207-JF                        2                    Consider Whether Cases Should Be Related