Effie F. Anastassiou, Esq. (State Bar #96279)
Daniel E. Griffee, Esq. (State Bar #229897)
Karli R. Jungwirth (State Bar #227956)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
MAJOR FARMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MAJOR FARMS, INC., a California corporation;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SALYER AMERICAN FRESH FOODS, a California Corporation; SCOTT SALYER, an Individual; STEVE FRANSON, as Receiver appointed in the case of *Bank of the West v. Salyer American Fresh Foods, Salyer American Cooling*, Monterey County Superior Court Case Number GNM98573; and BANK OF THE WEST, a California Banking Corporation;<br><br>　　　　　Defendants. | CASE NO.   C09-04985-JF<br><br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER THEREON |

　　　WHEREAS, Plaintiff MAJOR FARMS, INC. ("Major Farms") previously filed its complaint in the above-entitled action ("Complaint"); and

　　　WHEREAS, Defendant STEVE FRANSON, as receiver appointed in the case of *Bank of the West v. Salyer American Fresh Foods, Salyer American Cooling*, Monterey County Superior Court Case Number GNM98573 ("Franson") is required to file a responsive pleading to the Complaint by April 19, 2010 per Major Farms' and Franson's agreement; and

1  WHEREAS, on March 10, 2010, this Court filed its Order Granting Plaintiffs' Joint Motion for
2  Establishment of Segregated PACA Account and PACA Trust Claims Procedure for Determination and
3  Payment of Valid PACA Claims (the "Joint Motion")[1] and Deferring Ruling on the Motion to Dismiss,
4  or in the Alternative, Motion for a More Definite Statement previously filed by Defendant BANK OF
5  THE WEST, a California banking corporation, as administrative agent for itself, AGSTAR FINANCIAL
6  SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA (the "Bank") in response to the Complaint and
7  stayed all discovery in the above-entitled action (and consolidated actions) with respect to all claims
8  except for PACA claims until further order of this Court; and

9  WHEREAS, Major Farms and Franson believe that, in the interest of judicial economy, Franson
10 should be granted an open extension of time to file a responsive pleading to the Complaint which can be
11 revoked on fifteen calendar days' notice to Franson at the time that all of the PACA claims made in the
12 above-entitled action are resolved; and

13 WHEREAS, Major Farms and Franson believe it to be in their best interest to enter into the
14 following stipulation:

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

---

[1] The Joint Motion was filed by the plaintiffs in the consolidated cases: (1) BRAGA RANCH, INC. Case No. 09-cv-04207 JF; (2) HIGASHI FARMS, INC., K&S FARMS, LLC, M. NISHIMORI FARMS, INC., MANN PACKING CO., INC., MARTIN JEFFERSON & SONS, MERRILL FARMS, LLC, NEW STAR FRESH FOODS, LLC, TAYLOR FARMS CALIFORNIA, INC. Case No. 04-cv-04983 JF; (3) MAJOR FARMS, INC. Case No. 09-04985 JF; and (4) G&H FARMS, LLC, JOHN S. TAMAGNI & SONS, INC., PEDRAZZI FARMS, INC., ED MEHL, and C&G FARMS, INC.

Major Farms, Inc., v. Salyer American Fresh Foods, et al.
Case No. C09-04985-JF                        2                Stipulation for Extension of Time to File
                                                              Responsive Pleading and Order

## STIPULATION

IT IS HEREBY STIPULATED by and between Major Farms, through its attorneys of record Anastassiou & Associates, and Franson, through its attorneys of record, Perkins, Mann & Everett, P.C., that Franson shall be granted an open extension of time to file a responsive pleading to the Complaint, which open extension of time may be revoked on fifteen calendar days' written notice to Franson's counsel of record in the above-entitled action.

Dated: March 25, 2010

ANASTASSIOU & ASSOCIATES

By: /s/ _____
Effie F. Anastassiou, Esq.
Attorneys for Plaintiff,
Major Farms, Inc.

Dated: March 30, 2010

Perkins, Mann & Everett, P.C.

By: _____
Reid Everett
Attorneys for Receiver,
Steve Franson

## [PROPOSED] ORDER

Good cause appearing therefor:

IT IS SO ORDERED.

DATED: 4/7/10

_____
UNITED STATES DISTRICT JUDGE

F:\MAJ\Salyer American Fresh Foods, Inc\Pleadings\Stipulation for Open Extension of Time for Receiver.wpd

Major Farms, Inc., v. Salyer American Fresh Foods, et al.
Case No. C09-04985-JF

3

Stipulation for Extension of Time to File Responsive Pleading and Order