1  Effie F. Anastassiou, Esq. (State Bar #96279)
   Karli R. Jungwirth, Esq. (State Bar #227956)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California 93902
4  Telephone: (831) 754-2501
   Facsimile:  (831) 754-0621
5
   Attorneys for Plaintiff
6  MAJOR FARMS, INC.

7

8                  IN THE UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 HIGASHI FARMS, INC., a corporation; K&S  )  Case Nos.:   09-CV-04983-JF
   FARMS, LLC, a limited liability company; M. )              09-CV-04985-JF
11 NISHIMORI FARMS, INC., a corporation;    )              09-CV-04207-JF
   MANN PACKING CO., INC., a corporation;   )
12 MARTIN JEFFERSON & SONS, a               )
   partnership; MERRILL FARMS, LLC, a       )
13 limited liability company; NEW STAR      )  PLAINTIFF MAJOR FARMS, INC.'S NOTICE
   FRESH FOODS, LLC, a limited liability    )  OF WITHDRAWAL OF PACA TRUST CLAIM
14 company; TAYLOR FARMS CALIFORNIA,        )  AND AGREED DISMISSAL OF COMPLAINT
   INC., a corporation;                     )  AND REQUEST FOR DISMISSAL WITH
15                                          )  PREJUDICE AS TO DEFENDANTS BANK OF
                Plaintiffs,                 )  THE WEST AND RECEIVER STEVE
16                                          )  FRANSON *ONLY* AND [PROPOSED] ORDER
        v.                                  )  REGARDING DISMISSAL
17                                          )
   BANK OF THE WEST, a California banking   )
18 corporation, as Administrative Agent for )
   itself, AGSTAR FINANCIAL SERVICES,       )
19 PCA/FLCA, and FCS FINANCIAL, PCA;        )
   STEVE FRANSON, as Receiver for SALYER    )
20 AMERICAN FRESH FOODS, a California       )
   Corporation,                             )
21                                          )
                Defendants.                 )
22 _____)
                                            )
23 AND ALL RELATED ACTIONS.                 )
                                            )
24 _____)

25

26

27

28

---

Higashi Farms, Inc., v. Salyer American Fresh Foods, et al.          Plaintiff Major Farms, Inc.'s Request for Dismissal
Case No. C09-04985-JF                                    1

Pursuant to the Stipulation to Resolve and Release Claims of Major Farms, Inc. and Dismiss Pending complaint/Complaint in Intervention and/or Withdrawal of Claim dated May 20, 2011, concurrently filed herewith as ECF No. 83, Plaintiff Major Farms, Inc. hereby gives notice that it is withdrawing its PACA Trust Claim, as to Defendants Bank of the West and Receiver Steven Franson *only*, and it respectfully requests that this Court dismiss Major Farms, Inc.'s Complaint as to Defendants Bank of the West and Receiver Steve Franson *only*.

Dated: June 22, 2011

ANASTASSIOU & ASSOCIATES

By: /s/ Effie F. Anastassiou
Effie F. Anastassiou, Esq.
Attorneys for Plaintiff,
Major Farms, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Major Farms, Inc.'s Complaint is dismissed as to Defendants Bank of the West and Receiver Steven Franson *only*.

SO ORDERED.

Dated: 7/13/11

United States District Court Judge Jeremy Fogel

F:\MAJ\Salyer American Fresh Foods, Inc\Pleadings\Stip for Dismissal\Major's Request for Dismissal.wpd

Higashi Farms, Inc., v. Salyer American Fresh Foods, et al.
Case No. C09-04985-JF

Plaintiff Major Farms, Inc.'s Request for Dismissal

2