Effie F. Anastassiou, Esq. (State Bar #96279)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
MAJOR FARMS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., a corporation; K&S FARMS, LLC, a limited liability company; M. NISHIMORI FARMS, INC., a corporation; MANN PACKING CO., INC., a corporation; MARTIN JEFFERSON & SONS, a partnership; MERRILL FARMS, LLC, a limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability company; TAYLOR FARMS CALIFORNIA, INC., a corporation;<br><br>            Plaintiffs,<br><br>    v.<br><br>BANK OF THE WEST, a California banking corporation, as Administrative Agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA; STEVE FRANSON, as Receiver for SALYER AMERICAN FRESH FOODS, a California Corporation,<br><br>            Defendants.<br><br>AND ALL RELATED ACTIONS. | Case Nos.:  09-CV-04983-JF<br>           09-CV-04985-JF<br>           09-CV-04207-JF<br><br>**PLAINTIFF MAJOR FARMS, INC.'S NOTICE OF WITHDRAWAL OF PACA TRUST CLAIM AND AGREED DISMISSAL OF COMPLAINT AND REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT SALYER AMERICAN FRESH FOODS, A CALIFORNIA CORPORATION,** *ONLY* **AND [PROPOSED] ORDER REGARDING DISMISSAL** |

Higashi Farms, Inc., v. Salyer American Fresh Foods, et al.   Plaintiff Major Farms, Inc.'s Request for Dismissal

Case No. C09-04985-JF                 1

1  Pursuant to the Stipulation to Resolve and Release Claims of Major Farms, Inc. and Dismiss
2  Pending complaint/Complaint in Intervention and/or Withdrawal of Claim dated May 20, 2011, ECF No.
3  83, Plaintiff Major Farms, Inc. hereby gives notice that it is withdrawing its PACA Trust Claim, as to
4  Defendant Salyer American Fresh Foods, a California corporation ("SAFF") *only*, and it respectfully
5  requests that this Court dismiss Major Farms, Inc.'s Complaint as to Defendant SAFF *only*.

7  Dated: June 24, 2011                             ANASTASSIOU & ASSOCIATES

8                                                   By:    /s/ Effie F. Anastassiou
                                                           Effie F. Anastassiou, Esq.
9                                                          Attorneys for Plaintiff,
                                                           Major Farms, Inc.

11                                       **ORDER**

12  PURSUANT TO STIPULATION, IT IS SO ORDERED that Major Farms, Inc.'s Complaint is
13  dismissed as to Defendant SAFF *only*.
14  SO ORDERED.

16  Dated:  6/30/11                                  _____
                                                     United States District Court Judge Jeremy Fogel

\\Lawserver\company\MAJ\Salyer American Fresh Foods, Inc\Pleadings\Stip for Dismissal\Major's Request for Dismissal-SAFF.wpd

---

Higashi Farms, Inc., v. Salyer American Fresh Foods, et al.          Plaintiff Major Farms, Inc.'s Request for
                                                                     Dismissal
Case No. C09-04985-JF                         2